# Order

Michigan Supreme Court
Lansing, Michigan

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153489(92)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

EARL CANTRELL CARRUTHERS,
      Defendant-Appellee.

_____/

SC: 153489
COA: 309987
Oakland CC: 2011-237303-FH

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer is GRANTED. The answer submitted on July 14, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk